**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Zillow Group, Inc , ; ShowingTime.com, LLC , ; | **Defendant(s):** Arizona Regional Multiple Listing Service, Inc. , ; Multiple Listing Service, Inc. , ; MLS Aligned, LLC , ; |
| County of Residence: Outside the State of Arizona | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |

Plaintiff's Atty(s):

**David B. Rosenbaum; Joseph N. Roth ,**
Osborn Maledon
2929 N. Central Ave., 20th Fl.
Phoenix, Arizona  85012
602-640-9000

,
Wilson Sonsini Goodrich & Rosati, P.C.
One Boston Place 201 Washington Street, Suite 2000
Boston, MA  02108

Defendant's Atty(s):

,
Quarles & Brady, LLP
One Renaissance Square, Two North Central Avenue, Suite 600
Phoenix, Arizona  85004

,
Deutch Law Offices SC
7670 N. Port Washington Rd. Suite 200
Milwaukee, WI  53217
4142479958

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| <u>II. Basis of Jurisdiction</u>: | 3. Federal Question (U.S. not a party) |
| <u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)** | |
| Plaintiff:- | N/A |
| Defendant:- | N/A |
| <u>IV. Origin</u> : | **1. Original Proceeding** |
| <u>V. Nature of Suit</u>: | **410 Antitrust** |
| VI.Cause of Action: | 15 U.S.C. Sections 1, 2. Unreasonable restraint of trade and monopolization. |
| VII. Requested in Complaint | |
| Class Action: | No |
| Dollar Demand: | |
| Jury Demand: | Yes |

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>s/David B. Rosenbaum</u>

**Date:** <u>12/27/2023</u>

<span style="color:red">If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.</span>

Revised: 01/2014