**QUARLES & BRADY LLP**
One Renaissance Square
Two North Central Avenue
Suite 600
Phoenix, AZ 85004-2322
TELEPHONE 602-229-5200

Edward A. Salanga (#020654)
Edward.Salanga@quarles.com
Brian A. Howie (#026021)
Brian.Howie@quarles.com
Benjamin C. Nielsen (#029689)
Benjamin.Nielsen@quarles.com
Joseph P. Poehlmann (*Pro Hac Vice Forthcoming*)
Joseph.Poehlmann@quarles.com

*Attorneys for Defendant Arizona Regional Multiple Listing Service*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Zillow Group, Inc. and ShowingTime.com, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Regional Multiple Listing Service, Inc., Multiple Listing Service, Inc., and MSL Aligned, LLC,<br><br>Defendants. | NO. 2:23-cv-02701-MTL<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Edward A. Salanga, Brian A. Howie and Benjamin C. Nielsen with the law firm of Quarles & Brady LLP hereby enter their appearance in this matter as counsel for Defendant Arizona Regional Multiple Listing Service, Inc. All future pleadings, notices, and other papers should be served on the Defendants as follows:

///

///

///

///

QB\130434.00065\86680065.1

Edward A. Salanga
Brian A. Howie
Benjamin C. Nielsen
QUARLES & BRADY LLP
Two North Central Avenue, Suite 600
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5200
Email: edward.salanga@quarles.com
Email: brian.howie@quarles.com
Email: benjamin.nielsen@quarles.com

RESPECTFULLY SUBMITTED January 2, 2024

> QUARLES & BRADY LLP
> One Renaissance Square
> Two North Central Avenue
> Suite 600
> Phoenix, AZ  85004-2322
>
>
> By: */s/ Benjamin C. Nielsen*
> Edward A. Salanga
> Brian A. Howie
> Benjamin C. Nielsen
> Joseph P. Poehlmann
>
> *Attorneys for Defendant Arizona Regional Multiple Listing Service*

### CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2024, a true copy of the foregoing document was filed with the ECF system and will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

> */s/ Debra L. Hitchens*
> *Employee of Quarles & Brady LLP*

QB\130434.00065\86680065.1

- 2 -