**QUARLES & BRADY LLP**
One Renaissance Square
Two North Central Avenue
Suite 600
Phoenix, AZ  85004-2322
TELEPHONE 602-229-5200

Edward A. Salanga (#020654)
Edward.Salanga@quarles.com
Brian A. Howie (#026021)
Brian.Howie@quarles.com
Benjamin C. Nielsen (#029689)
Benjamin.Nielsen@quarles.com
Joseph P. Poehlmann *(Pro Hac Vice Forthcoming)*
Joseph.Poehlmann@quarles.com

*Attorneys for Defendants Arizona Regional Multiple Listing Service and Multiple Listing Service, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Zillow Group, Inc. and ShowingTime.com, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Regional Multiple Listing Service, Inc., Multiple Listing Service, Inc., and MSL Aligned, LLC,<br><br>Defendants. | NO. 2:23-cv-02701-MTL<br><br>**JOINT STIPULATION AND MOTION TO EXTEND DEADLINES TO RESPOND TO PLAINTIFFS' COMPLAINT (MOTIONS TO DISMISS) AND TO ENLARGE PAGE LIMITS**<br><br>**(First Request)** |

Defendants Arizona Regional Multiple Listing Service, Inc. ("ARMLS"), Multiple Listing Service, Inc. ("Metro MLS"), and MLS Aligned, LLC ("MLS Aligned") (collectively, "Defendants"), and Plaintiffs Zillow Group, Inc. and ShowingTime.com, LLC ("Plaintiffs") (together with Defendants, the "Parties") jointly stipulate and move to extend the deadline for Defendants to respond to the Plaintiffs' complaint. Defendants ARMLS and Metro MLS will be filing a single joint motion to dismiss, and Defendant MLS Aligned will be filing a separate motion to dismiss. The Parties have agreed upon a briefing

schedule for those motions, which is set forth below. The Parties further request an enlargement of the page limits set forth in LRCiv 7.2(e)(1).

On December 22, 2023, Plaintiffs filed their complaint in this matter. Defendants' responses to the complaint are due on January 23 (ARMLS) and 24 (Metro MLS and MLS Aligned). The Defendants intend to file motions to dismiss that complaint. The Parties jointly stipulate and agree that an extension of the briefing deadlines and an extension of page limitations are appropriate. Accordingly, the Parties jointly request an order setting the following deadlines:

- Defendants shall file their motions to dismiss no later than February 20, 2024.
- Plaintiffs shall file any responses to Defendants' motions to dismiss no later than March 28, 2024.
- Defendants shall file any replies in support of their respective motions to dismiss no later than April 11, 2024.

Additionally, the Parties jointly request that the Court enlarge the 17-page limit in LRCiv 7.2(e)(1), so that Defendants ARMLS and Metro MLS may file a joint 25-page motion to dismiss, Defendant MLS Aligned may file a 20-page motion to dismiss, and Plaintiffs may file a 25-page response to Defendants ARMLS and Metro MLS's motion and a 20-page response to Defendant MLS Aligned's motion. The Parties believe that these additional pages will aid the Parties in framing the relevant legal issues for the Court.

A Proposed Order is submitted herewith.

/ / /

QB\130434.00065\87028622.1

|    |    |
|----|----|
| 1  | RESPECTFULLY SUBMITTED this 22nd day of January, 2024. |

OSBORN MALEDON, P.A.
2929 N. Central Ave., Suite 2000
Phoenix, AZ 85012-2793

QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Suite 600
Phoenix, AZ  85004-2322

By:*/s/ David B. Rosenbaum (w/permission)*
    David B. Rosenbaum
    Joseph N. Roth

By:*/s/ Benjamin C. Nielsen*
    Edward A. Salanga
    Brian A. Howie
    Benjamin C. Nielsen
    Joseph P. Poehlmann

WILSON SONSINI GOODRICH &
ROSATI, P.C.

*Attorneys for Defendant Arizona Regional Multiple Listing Service and Multiple Listing Service, Inc.*

    Beau W. Buffier
    *Admitted pro hac vice*
    201 Washington Street, Suite 2000
    Boston, MA 02108

    Eric P. Tuttle
    *Admitted pro hac vice*
    701 Fifth Ave., Suite 5100
    Seattle, WA 98104-7036

*Attorneys for Plaintiffs Zillow Group, Inc. and ShowingTime.com, LLC*

SNELL & WILMER L.L.P.

By:*/s/ Colin Ahler (w/permission)*
    Colin Ahler
    Ryan Hogan
    One East Washington Street
    Suite 2700
    Phoenix, AZ 85004

*Attorneys for Defendant MLS Aligned, LLC*

QB\130434.00065\87028622.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, a true copy of the foregoing document was filed with the ECF system and will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

 /s/ Kim Simmons
*Employee of Quarles & Brady LLP*

- 4 -

QB\130434.00065\87028622.1