# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zillow Group Incorporated, et al., | No. CV-23-02701-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Regional Multiple Listing Service Incorporated, et al., | |
| Defendants. | |

**IT IS ORDERED** granting the parties' Joint Stipulation And Motion To Extend Deadlines To Respond to Plaintiffs' Complaint (Motions To Dismiss) And To Enlarge Page Limits (First Request) (Doc. 14).

**IT IS FURTHER ORDERED**:

(1)  Defendants shall have up to and including February 20, 2024 in which to file their respective motions to dismiss Plaintiffs' Complaint.

(2)  Plaintiffs shall have up to and including March 28, 2024 in which to file their responses in opposition to those motions.

(3)  Defendants shall have up to and including April 11, 2024 in which to file any replies in support of their motions.

**IT IS FURTHER ORDERED** that Defendants Arizona Regional Multiple Listing Service, Inc. and Multiple Listing Service, Inc. collectively may have up to 25 pages for their motion to dismiss; that Defendant MLS Aligned, LLC may have up to 20 pages for its motion to dismiss; and that, for each of those two motions, Plaintiffs Zillow

Group Inc. and ShowingTime.com, LLC collectively may have up to 25 pages to respond in opposition to the motion filed by Defendants Arizona Regional Multiple Listing Service, Inc. and Multiple Listing Service, Inc. and 20 pages to respond in opposition to the motion filed by Defendant MLS Aligned, LLC.

Dated this 23rd day of January, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge