David B. Rosenbaum, 009819
Joseph N. Roth, 025725
OSBORN MALEDON, P.A.
2929 North Central Ave., Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
drosenbaum@omlaw.com
jroth@omlaw.com

Beau W. Buffier, admitted *pro hac vice*
WILSON SONSINI GOODRICH & ROSATI, P.C.
201 Washington Street, Suite 2000
Boston, MA 02108
Telephone:  (617) 598-7800
bbuffier@wsgr.com

Eric P. Tuttle, admitted *pro hac vice*
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:  (206) 883-2500
eric.tuttle@wsgr.com

*Attorneys for Plaintiffs Zillow Group, Inc.
and ShowingTime.com, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Zillow Group, Inc. and ShowingTime.com, LLC,<br><br>    Plaintiffs,<br><br>        v.<br><br>Arizona Regional Multiple Listing Service, Inc., Multiple Listing Service, Inc., and MLS Aligned, LLC,<br><br>    Defendants. | Case No. 2:23-cv-02701-MTL<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE JUNE 18, 2024 HEARING** |

Plaintiffs Zillow Group, Inc. and ShowingTime.com, LLC provide this notice under LRCiv 40.2(d) that they have reached settlement in principle with all Defendants in this action. Accordingly, all Parties have agreed, and request of the Court, that the hearing now set for June 18, 2024, be vacated.

Plaintiffs have signed binding term sheets with Defendants Arizona Regional Multiple Listing Service, Inc. and Multiple Listing Service, Inc. The term sheets provide for the parties expeditiously to prepare formal settlement agreements which, when executed, will result in the dismissal of the claims against those Defendants.

Plaintiffs and Defendant MLS Aligned, LLC have prepared a detailed settlement agreement that is substantially complete. The agreement, once executed, will result in the dismissal of the claims against that Defendant. The parties do not expect the remaining issues to be an obstacle to completing and executing that detailed agreement.

Plaintiffs and Defendants anticipate that the settlement documentation will be completed within about a month. They therefore ask that the court stay all deadlines until July 19, 2024. If dismissals have not been filed by that date, the Parties will file a joint report informing the Court of the status of their settlement closure efforts.

Counsel for all Defendants have reviewed and approved the filing of this Notice.

Dated: June 13, 2024

OSBORN MALEDON, P.A.

By  s/ David B. Rosenbaum
    David B. Rosenbaum
    Joseph N. Roth
    2929 North Central Ave., Suite 2000
    Phoenix, Arizona  85012

WILSON SONSINI GOODRICH & ROSATI, P.C.
    Beau W. Buffier (admitted *pro hac vice*)
    201 Washington Street, Suite 2000
    Boston, MA 02108
    Eric P. Tuttle (admitted *pro hac vice*)
    701 Fifth Avenue, Suite 5100
    Seattle, WA 98104-7036