# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zillow Group, Inc., et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>Arizona Regional Multiple Listing Service, Inc., et al.,<br><br>            Defendants. | No. CV-23-02701-PHX-MTL<br><br>**ORDER** |

The Court having received notice that this case has settled between the parties (Doc. 27) and having reviewed the parties' Joint Status Report (Doc.29),

**IT IS ORDERED** that the parties shall file their joint stipulations to dismiss no later than **Friday, August 2, 2024**.

**IT IS FURTHER ORDERED** that all deadlines are stayed until **Friday, August 2, 2024**.

Dated this 19th day of July, 2024.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge