David B. Rosenbaum, 009819
Joseph N. Roth, 025725
Osborn Maledon, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2794
Telephone:   602-640-9000
drosenbaum@omlaw.com
jroth@omlaw.com

Beau W. Buffier, *pro hac vice*
Wilson Sonsini Goodrich & Rosati, P.C.
201 Washington Street, Suite 2000
Boston, Massachusetts 02108-4403
Telephone:   617-598-7800
bbuffier@wsgr.com

Eric P. Tuttle, *pro hac vice*
Lindsey M. Edwards, *pro hac vice*
Mary Zou, *pro hac vice*
Wilson Sonsini Goodrich & Rosati, P.C.
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104-7036
Telephone:   206-883-2500
eric.tuttle@wsgr.com
ledwards@wsgr.com
mzou@wsgr.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Zillow Group, Inc., and ShowingTime.com, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>Arizona Regional Multiple Listing Service, Inc., Multiple Listing Service, Inc., and MLS Aligned, LLC,<br><br>Defendants. | Case No. 2:23-cv-02701-MTL<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Zillow Group, Inc. and ShowingTime.com, LLC, hereby dismiss this action against Defendants Arizona Regional Multiple Listing Service, Inc., Multiple Listing Service, Inc., and MLS

Aligned, LLC in its entirety with prejudice. No defendant in this action has served either an answer or a motion for summary judgment.

DATED this 2nd day of August, 2024.

>OSBORN MALEDON, P.A.
>
>By  s/ David B. Rosenbaum
> David B. Rosenbaum
> Joseph N. Roth
> 2929 North Central Avenue, Suite 2000
> Phoenix, Arizona 85012-2794
>
>WILSON SONSINI GOODRICH & ROSATI, P.C.
>
> Beau W. Buffier, *pro hac vice*
> 201 Washington Street, Suite 2000
> Boston, Massachusetts 02108-4403
> 617-598-7800
> bbuffier@wsgr.com
>
> Eric P. Tuttle, *pro hac vice*
> Lindsey M. Edwards, *pro hac vice*
> Mary Zou, *pro hac vice*
> 701 Fifth Avenue, Suite 5100
> Seattle, Washington 98104-7036
> 206-883-2500
> eric.tuttle@wsgr.com
>
>Attorneys for Plaintiffs